**BURSOR & FISHER, P.A.**
Scott A. Bursor (Cal. Bar No. 276006)
Email: scott@bursor.com
L. Timothy Fisher (Cal. Bar No.191626)
Email: ltfisher@bursor.com
Sarah N. Westcot (Cal. Bar No. 264916)
Email: swestcot@bursor.com
1990 N. California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff Scott Stiepleman*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Oreck Corporation Halo Vacuum and Air Purifiers Marketing and Sales Practices Litigation, MDL No. 2317 | Case No. 2:12-ml-02317-CAS-JEM<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION FOR ENTRY OF AGREED PROTECTIVE ORDER FOR DISCLOSURE OF CONFIDENTIAL MATERIALS**<br><br>Hon. Christina A. Snyder, Judge<br>Hon. John E. McDermott, Magistrate Judge |

[PROPOSED] ORDER APPROVING STIPULATION FOR ENTRY OF AGREED
PROTECTIVE ORDER FOR DISCLOSURE OF CONFIDENTIAL MATERIALS
CASE NO. 2:12-ml-02317-CAS-JEM

1 **[PROPOSED] ORDER**

2    Having reviewed the parties' stipulation and good cause appearing, IT IS
3 HEREBY ORDERED THAT the parties' Stipulation for Entry of Agreed Protective
4 Order for Disclosure of Confidential Materials is APPROVED.

5

6 **IT IS SO ORDERED.**

7

8

9 Dated: February 16, 2012                              _____
10                                                                    Honorable John E. McDermott
                                                                              United States Magistrate Judge

[PROPOSED] ORDER APPROVING STIPULATION FOR ENTRY OF AGREED              1
 PROTECTIVE ORDER FOR DISCLOSURE OF CONFIDENTIAL MATERIALS
CASE NO. 2:12-ml-02317-CAS-JEM